# United States District Court
## for the Southern District of Georgia
### Brunswick Division

UNITED STATES OF AMERICA,

v.

CHRISTOPHER EMMANUEL WILLIAMS,

Defendant.

CR 215-008-7

**ORDER**

Before the Court is Defendant Christopher Williams's motion to transfer to a different facility, dkt. no. 1014, as well as the Government's motion to dismiss Williams's motion, dkt. no. 1015.

Williams requests to "be housed in a different facility until it's time to face [his] charges." Dkt. No. 1014 at 2. As the Government points out, however, Williams is currently located at the Glynn County Detention Center, a state facility. Dkt. No. 1015 at 1; Dkt. No. 1014 at 3. Williams was arrested on May 26, 2022 and is being held on a pending state probation hold. Thus, he is not in federal custody. There appears to be no authority—and Williams has cited none—giving this Court the ability to order a state detainee, like Williams, to be transferred to another state facility. As such, the Government's motion to dismiss, dkt. no. 1015, must be **GRANTED**,

and Williams's motion to transfer, dkt. no. 1014, must be **DISMISSED**.

To the extent Williams would like to challenge the conditions of his confinement while in state custody, he must do so through a 42 U.S.C. § 1983 petition. The Clerk is **DIRECTED** to mail Williams a form complaint for violation of civil rights pursuant to § 1983.

**SO ORDERED**, this 17 day of July, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA